```
 1  DAVID W. KESSELMAN (SBN 203838) kesselman@glwllp.com
 2  TREVOR V. STOCKINGER (SBN 226359) stockinger@glwllp.com
    KORAL E. FUSSELMAN (SBN 287744) fusselman@glwllp.com
 3  GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
    11400 W. Olympic Blvd., Suite 400
 4  Los Angeles, California 90064
 5  Telephone: (310) 307-4500
    Facsimile: (310) 307-4509                    JS-6
 6
 7  MICHAEL D. McLACHLAN (SBN 181705) mike@Mclachlanlaw.com
    LAW OFFICES OF MICHAEL D. McLACHLAN, APC
 8  10490 Santa Monica Boulevard
 9  Los Angeles, California 90025
    Telephone: (310) 954-8270
10  Facsimile: (310) 954-8271
11
    *Attorneys for Plaintiffs*
12
13  JONATHAN M. TURNER (SBN 102579) jmt@epsteinturnerweiss.com
    J. PAT FERRARIS (SBN 267223) jpf@epsteinturnerweiss.com
14  EPSTEIN TURNER WEISS, A Professional Corporation
15  633 W. Fifth Street, Suite 3330
    Los Angeles, California 90071
16  Telephone:  (213) 861-7487         NOTE: CHANGES HAVE BEEN
17  Facsimile:   (213) 861-7488        MADE TO THIS DOCUMENT

18  *Attorneys for Defendant County of Ventura*
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE ANDERSON, et al., | Case No.: CV 13-3517-SJO (JCGx) |
| Plaintiffs, | *Consolidated with:*<br>CV 13-5424-SJO (JCGx);<br>CV 13-6655-SJO (JCGx); |
| vs. | CV 13-7551-SJO (JCGx);<br>CV 13-9170-SJO (JCGx); |
| COUNTY OF VENTURA, et al. | CV 14-00255-SJO (JCGx) |
| Defendants. | [PROPOSED] JUDGMENT |

1

**JUDGMENT**

| | | |
|---|---|---|
| 1 | GINA DANIELS,<br>             Plaintiff, | CV 13-05424-SJO (JCGx) |
| 2 |      vs. | |
| 3 | COUNTY OF VENTURA, et al. | |
| 4 |              Defendants. | |
| 5 | ERICA BOOKER, et al.,<br>             Plaintiffs, | CV 13-06655-SJO (JCGx) |
| 6 | | |
| 7 |      vs. | |
| 8 | COUNTY OF VENTURA, et al.,<br>              Defendants. | |
| 9 | CHRISTOPHER CARPENTER,<br>             Plaintiff, | CV 13-07551-SJO (JCGx) |
| 10 | | |
| 11 |      vs. | |
| 12 | COUNTY OF VENTURA, et al.,<br>              Defendants. | |
| 13 | | |
| 14 | | |
| 15 | KARI BERNOR, et al.,<br>             Plaintiffs, | CV 13-09170-SJO (JCGx) |
| 16 | | |
| 17 |      vs. | |
| 18 | COUNTY OF VENTURA, et al.,<br>              Defendants. | |
| 19 | | |
| 20 | SAIDA GONZALEZ,<br>             Plaintiff, | CV 14-00255-SJO (JCGx) |
| 21 |      vs. | |
| 22 | COUNTY OF VENTURA, et al.,<br>              Defendants. | |
| 23 | | |

2
**JUDGMENT**

# JUDGMENT

This judgment applies to the following consolidated series of actions brought under the Federal Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"): *Yvette Anderson et al. v. County of Ventura* (CV13-03517-SJO-JCG); *Gina Daniels v. County of Ventura* (CV13-05424- SJO-JCG); *Erica Booker et al. v. County of Ventura* (CV13-06655- SJO-JCG); *Christopher Carpenter et al. v. County of Ventura* (CV13-07551 SJO-JCG); *Kari Bernor et al v. County of Ventura* (CV13-09170 SJO-JCG); and *Saida Gonzalez v. County of Ventura* (CV14-00255- SJO-JCG).

Plaintiffs filed these actions against Defendant County of Ventura for its failure to pay overtime as mandated by the FLSA. The Joint Stipulation of Settlement and Release ("Stipulation of Settlement"), a copy of which is attached and expressly incorporated herein as Exhibit 1, was signed by all 137 Plaintiffs and Opt-In Class Members and Defendant County of Ventura. All parties were represented by experienced Counsel.

The Court, having carefully reviewed the terms of the Stipulation of Settlement, hereby determines that the settlement is fair and reasonable, and in the public interest. The settling parties are directed to consummate the Settlement in accordance with the terms of the Stipulation of Settlement.

The Court retains jurisdiction over these consolidated actions and the Parties for all matters relating to the administration, interpretation, effectuation or enforcement of the Stipulation of Settlement and this Final Judgment, including the award of attorneys' fees and costs.

All claims in the consolidated actions are DISMISSED WITH PREJUDICE pursuant to the terms of the Stipulation of Settlement.

The Court shall separately address the award of attorneys' fees and costs by separate motion to be filed by the parties.

The parties are first ordered to negotiate and attempt to reach a settlement regarding fees and costs.

IT IS SO ORDERED.

DATED: October 15, 2014.

_____
HON. S. JAMES OTERO
United States District Court Judge